**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
www.flsb.uscourts.gov

In re:                                                                        Case No. 18-23930-PDR

                                                                              Chapter 7
EMMA BUMSHTEYN,

                                                                              Adv. No. 21-01069-PDR
        Debtor.

_____/
KENNETH A. WELT,                                                                              as
Chapter 7 Trustee                                                             Plaintiff,

        Plaintiff,

vs.

EMMA BUMSHTEYN and
YEVGENIYA BUMSTHTEYN,

        Defendants.

_____/

### ANSWER OF DEFENDANTS EMMA BUMSHTEYN and YEVGENIYA BUMSHTEYN
### (Trial by Jury Demanded)

EMMA EMMA BUMSHTEYN and YEVGENIYA BUMSHETEYN[1] (Defendants) by

their undersigned attorneys, hereby respond to the Complaint. Except as specifically admitted in

this Answer, Defendants denies the allegations of each paragraph or portion of a paragraph.

1.      Paragraphs numbered 2, 3, 6, 23, 27, 35, 43, 48, 52, 53, 54, 55, 56, 57, 58, 59, 60,

64, 65, 66, 68, 69, 73, 83, 84, 85, 86, 87, 88, 89, 92, 93, 94, 95, 96, 97, 99, 100, 101, 102, and 103

of the Complaint state legal conclusion for which no response is required.

---

[1]     Yevgeniya Bumsheteyn does not submit or consent to the jurisdiction of the bankruptcy
court on the issues raised and hereby demand an article III adjudication of all claims related to her.

2.    Defendants deny paragraphs numbered 4, 5, 15, 16, 20, 22, 23, 24, 26, 27, 30, 31, 32, 34, 35, 36, 37, 41, 42, 43, 45, 46, 47, 48, 50, 51, 62, 63, 68, 69, 70, 71, 72, 73, 74, 75, 76, 77, 78, 79, 80, 81, 82, 85, 86, 89, 90, 91, 97, 98   of the Complaint.

3.    Defendants admits the paragraphs numbered 1, 7, 8, 9, 10, 11, 12, 13, 14, 17, 18, 19, 21, 25, 28, 29, 30, 33, 38, 39, 40, 44, 49, 61 of the Complaint.

## AFFIRMATIVE DEFENSES

### FIRST DEFENSE:  FAILURE TO STATE A CLAIM

4.    The allegations of the Complaint fail to state a claim upon which relief can be granted.

### SECOND DEFENSE:  LACK OF JURISDICTION

5.    The bankruptcy court lacks subject matter jurisdiction.

6.    The bankruptcy court lacks personal jurisdiction on Yevgeniya Bumshteyn as she has no minimum contacts with the forum state and no events mentioned in the complaint occurred within this District.

### THIRD DEFENSE:  FAILS TO IDENTIFY A TRIGGERING CREDITOR

7.    The Complaint fails to identify a triggering creditor for a complaint under 11 USC § 544.

### FOURTH DEFENSE: PLAINTIFF LACKS STANDING

8.    The Trustee lacks article III standing to bring a fraudulent transfer standing against the Defendants.

### FIFTH DEFENSE

9.    Defendants have insufficient knowledge or information to determine whether they may have additional, as yet unstated, separate defenses available. Defendants have not knowingly

and intentionally waived any applicable separate and additional defenses and reserves the right to raise additional defenses as they become known to Defendants through discovery in this Action. Defendants further reserves the right to amend this Answer to add, delete, or modify defenses based upon legal theories that may be or will be divulged through clarification of plaintiff's position and or the veracity of the triggering creditor.

**SIXTH DEFENSE**

10.     Defendant Emma Bumshteyn could not have made any fraudulent transfers as she was a nominee with regard to the properties mentioned while Defendant Yevgeniya Bumshteyn was the true beneficial owner.  Emma Bumshteyn never had any interest in any of the properties, did not acquire any interest she could transfer and therefore the transfers could not have been fraudulent.

Dated:    April 8, 2021

**DAHIYA LAW OFFICES, LLC**
*Lead Counsel for Defendants*
Karamvir Dahiya, Esq.
*Pro Hac Vice Admission pending*
75 Maiden Lane Suite 506
New York New York 10038
(212) 477-8000
Email:  Karam@LegalPundit.Com

*-and-*

**LAW OFFICE OF MARK S. ROHER, P.A.**
1806 N. Flamingo Road
Suite 300
Pembroke Pines, FL 33028
(954) 353-2200
Email:  mroher@markroherlaw.com

By: */s/ Mark S. Roher*
        Mark S. Roher, Esq.
        Florida Bar No. 178098
        *Local Counsel for Defendants*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true copy hereof has been served electronically via the

Court's CM/ECF system to those listed below on this 8th day of April, 2021.

By: */s/ Mark S. Roher*
Mark S. Roher


Zach B. Shelomith, Esq.
Leiderman Shelomith Alexander + Somodevilla, PLLC
2699 Stirling Road, Suite C401
Fort Lauderdale, FL 33312
Email:  zbs@lsaslaw.com
*Counsel for Plaintiff*