UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division
www.flsb.uscourts.gov

In re:                                                    Case No. 18-23930-BKC-PDR

EMMA BUMSHTEYN,                                           Chapter 7

    Debtor.
_____/

KENNETH A. WELT, Chapter 7 Trustee,                       Adv. Case No. 21-01069-PDR

    Plaintiff,
vs.

EMMA BUMSHTEYN and YEVGENIYA
BUMSHTEYN, both Individually and as Trustee
of the Bumshteyn Family Irrevocable Inter
Vivos Trust,

    Defendants.
_____/

**PLAINTIFF'S RENEWED MOTION TO STRIKE DEMAND FOR JURY TRIAL
AND AFFIRMATIVE DEFENSES**

Plaintiff, Kenneth A. Welt, Chapter 7 Trustee (the "Plaintiff"), by counsel, pursuant to this Court's Order Setting Status Conference and Establishing Procedures and Deadlines [ECF No. 3] (the "Order Setting Deadlines") and Order Reserving Ruling on Motion to Strike and Motion to Transfer and Setting Further Deadlines [ECF No. 31] (the "Order Reserving Ruling"), requests the Court enter an order: (a) striking the Defendants' demand for a jury trial, as set forth in the Answer of Emma Bumshteyn and Yevgeniya Bumshteyn (Trial by Jury Demanded) [ECF No. 39] (the "Answer"); (b) striking the footnote in the Answer, indicating that Defendant Yevgeniya Bumshteyn does not submit or consent to the jurisdiction of this Court; (c) striking Affirmative Defense No. 2 (Lack of Jurisdiction); and (d) striking Affirmative Defense No. 4 (Plaintiff Lacks Standing), and in support thereof, states as follows:

    1.    On April 26, 2021, the Plaintiff filed his original Motion to Strike Demand for Jury

_____
Leiderman Shelomith Alexander + Somodevilla, PLLC
Miami | Fort Lauderdale

Trial and Affirmative Defenses [ECF No. 8] (the "Original Motion to Strike").

2. The hearing on the Original Motion to Strike took place on July 1, 2021 at 1:30 p.m. [ECF No. 26] (the "July 1st Hearing"). At the July 1st Hearing, it was contemplated that the Court would reserve ruling on the Original Motion to Strike, to allow the Plaintiff to file an Amended Complaint, for the Defendants to respond to same, and for the Plaintiff to renew his Original Motion to Strike thereafter.

3. The Order Reserving Ruling, which was entered as a result of the July 1st Hearing, instructed the Plaintiff to file an Amended Complaint on or before July 8, 2021 and instructed the Defendants to file a responsive pleading to the Amended Complaint on or before July 22, 2021.

4. The Plaintiff filed his Amended Complaint on July 8, 2021 [ECF No. 30].

5. The Defendants filed their Answer on August 5, 2021 [ECF No. 39][1].

6. The Order Reserving Ruling also stated that "[t]he Plaintiff shall have 14 days after the filing of the [Answer] to file a Renewed Motion to Strike, which may incorporate the original Motion to Strike by reference and include supplemental briefing."

7. The Plaintiff incorporates the Original Motion to Strike by reference herein, in its entirety.

8. The Defendants' Answer does not raise any additional issues that would otherwise affect the arguments set forth in the Original Motion to Strike or the Plaintiff's Reply to Defendant's Response to Motion to Strike Demand for Jury Trial and Affirmative Defenses [ECF No. 25], which is also incorporated herein by reference.

9. As such, the Plaintiff stands on these pleadings, as they now relate to the Answer to the Amended Complaint.

---

[1] The Defendants requested an extension of time to file their Answer, to August 5, 2021 [ECF No. 36], which was granted on an agreed basis [ECF No. 37].

WHEREFORE, the Plaintiff respectfully requests the Court enter an order: (a) striking the Defendants' demand for a jury trial in the Defendants' Answer; (b) striking the footnote in the Answer, indicating that Defendant Yevgeniya Bumshteyn does not submit or consent to the jurisdiction of this Court; (c) striking Affirmative Defense No. 2 (Lack of Jurisdiction); (d) striking Affirmative Defense No. 4 (Plaintiff Lacks Standing); and (e) granting such other and further relief as the Court deems just and proper.

Dated:  August 19, 2021

                    LEIDERMAN SHELOMITH
                    ALEXANDER + SOMODEVILLA, PLLC
                    Attorneys for the Plaintiff
                    2699 Stirling Road, Suite C401
                    Ft. Lauderdale, Florida 33312
                    Telephone: (954) 920-5355
                    Facsimile: (954) 920-5371

                    By:_____/s/_____
                    ZACH B. SHELOMITH
                    Florida Bar No. 0122548
                    zbs@lsaslaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing motion was served on August 19, 2021 to all parties on the list to receive e-mail notice/service for this case, via the Notice of Electronic Filing (which is incorporated herein by reference).

                    By:_____/s/_____
                    Zach B. Shelomith