UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Case No. 18-23930-BKC-PDR |
| EMMA BUMSHTEYN, | Chapter 7 |
| Debtor. | |
| _____/ | |
| KENNETH A. WELT, Chapter 7 Trustee, | Adv. Case No. 21-01069-PDR |
| Plaintiff, | |
| vs. | |
| EMMA BUMSHTEYN and YEVGENIYA BUMSHTEYN, both Individually and as Trustee of the Bumshteyn Family Irrevocable Inter Vivos Trust, | |
| Defendants. | |
| _____/ | |

**PLAINTIFF'S REPLY TO RESPONSE TO PLAINTIFF'S RENEWED MOTION TO STRIKE DEMAND FOR JURY TRIAL AND AFFIRMATIVE DEFENSES**

Plaintiff, Kenneth A. Welt, Chapter 7 Trustee (the "Plaintiff"), by counsel, pursuant to this Court's October 4, 2021 Order Setting Briefing Schedules and Resetting Hearings on Renewed Motion to Transfer and Renewed Motion to Strike [Adv. ECF No. 57], files this Reply to the Response to Plaintiff's Renewed Motion to Strike Demand for Jury Trial and Affirmative Defenses [Adv. ECF No. 63] (the "Second Response"), filed by Defendant, Yevgeniya Bumshteyn (the "Defendant"), and states:

1. On April 26, 2021, the Plaintiff filed his original Motion to Strike Demand for Jury Trial and Affirmative Defenses [ECF No. 8] (the "Original Motion to Strike").

2. On May 17, 2021, the Defendant filed her Response to the Original Motion to Strike [Adv. ECF No. 17] (the "First Response").

3. On June 10, 2021, the Plaintiff filed his Reply to the First Response [Adv. ECF No.

_____

25] (the "First Reply").

4.     The hearing on the Original Motion to Strike took place on July 1, 2021 at 1:30 p.m. [ECF No. 26] (the "July 1st Hearing"). At the July 1st Hearing, the Court considered the Original Motion to Strike and the First Response, and it was contemplated that the Court would reserve ruling on the Original Motion to Strike, to allow the Plaintiff to file an Amended Complaint, for the Defendants to respond to same, and for the Plaintiff to renew his Original Motion to Strike thereafter.

5.     On July 14, 2021, the Court entered an Order Reserving Ruling on Motion to Strike and Motion to Transfer and Setting Further Hearings [Adv. ECF No. 31] (the "Order Reserving Ruling"), which instructed the Plaintiff to file an Amended Complaint on or before July 8, 2021 and instructed the Defendants to file a responsive pleading to the Amended Complaint on or before July 22, 2021.

6.     The Plaintiff filed his Amended Complaint on July 8, 2021 [ECF No. 30].

7.     The Defendants filed their Answer on August 5, 2021 [ECF No. 39][1].

8.     The Order Reserving Ruling also stated that "[t]he Plaintiff shall have 14 days after the filing of the [Answer] to file a Renewed Motion to Strike, which may incorporate the original Motion to Strike by reference and include supplemental briefing."

9.     On August 19, 2021, the Plaintiff timely filed his Renewed Motion to Strike Demand for Jury Trial and Affirmative Defenses [Adv. ECF No. 40] (the "Renewed Motion to Strike").

10.    In the Plaintiff's Renewed Motion to Strike, the Plaintiff asserted that the Defendants' Answer did not raise any additional issues that would otherwise affect the arguments

---

[1] The Defendants requested an extension of time to file their Answer, to August 5, 2021 [ECF No. 36], which was granted on an agreed basis [ECF No. 37].

set forth in the Original Motion to Strike or the First Reply, or the arguments raised by the parties at the July 1st Hearing.

11. As such, the Renewed Motion to Strike merely incorporated by reference the First Motion to Strike and the First Reply.

12. Similarly, the Second Response does not raise any additional issues that would otherwise affect the arguments set forth in the Original Motion to Strike or the First Reply (which were incorporated by reference into the Renewed Motion to Strike). In fact, the Second Response is mostly identical to the First Response, other than paragraph formatting and a statement that the Defendant will be filing a motion to dismiss this case.

13. For these reasons, the Plaintiff again incorporates by reference the Original Motion to Strike and the First Reply herein, as well as all of the arguments raised by the Plaintiff at the July 1st Hearing.

14. The Plaintiff stands on the pleadings already filed, as these issues have now been fully briefed (twice).

WHEREFORE, the Plaintiff respectfully requests the Court enter an order: (a) striking the Defendants' demand for a jury trial in the Defendants' Answer; (b) striking the footnote in the Answer, indicating that Defendant Yevgeniya Bumshteyn does not submit or consent to the jurisdiction of this Court; (c) striking Affirmative Defense No. 2 (Lack of Jurisdiction); (d) striking Affirmative Defense No. 4 (Plaintiff Lacks Standing); and (e) granting such other and further relief as the Court deems just and proper.

Dated: October 25, 2021

LEIDERMAN SHELOMITH
ALEXANDER + SOMODEVILLA, PLLC
Attorneys for the Plaintiff
2699 Stirling Road, Suite C401
Ft. Lauderdale, Florida 33312
Telephone: (954) 920-5355
Facsimile: (954) 920-5371

By:_____/s/_____
ZACH B. SHELOMITH
Florida Bar No. 0122548
zbs@lsaslaw.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing motion was served on October 25, 2021 to all parties on the list to receive e-mail notice/service for this case, via the Notice of Electronic Filing (which is incorporated herein by reference) and via U.S. Mail to Karamvir Dahiya, Esq., 75 Maiden Lane # 506, New York, NY 10038.

By:_____/s/_____
Zach B. Shelomith